```
                                          ┌─────────────────────────────────┐
                                          │ USDC SDNY                         │
UNITED STATES DISTRICT COURT              │ DOCUMENT                          │
SOUTHERN DISTRICT OF NEW YORK             │ ELECTRONICALLY FILED              │
                                          │ DOC #:_____            │
------------------------------------------X│ DATE FILED:___9/20/17____        │
                                          └─────────────────────────────────┘
```

```
-----------------------------------------------------------X
GLOBAL STANDARD GEMEINNÜTZIGE            :
GMBH,                                    :
                                         :
                          Plaintiff,     :              17-CV-2568 (VEC)
                                         :
              -against-                  :
                                         :                  ORDER
KEETSA, INC.,                            :
                                         :
                          Defendant.     :
-----------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

On September 20, 2017, the mediator reported to the Court that the parties have reached a settlement on all issues in this case (Dkt. 32).

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **October 20, 2017,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.  To be clear, any request that the action not be dismissed **must** be filed **on or before October 20, 2017**; any request filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **October 16, 2017**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court

issue an order expressly retaining jurisdiction to enforce their settlement agreement.  *See*

*Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences previously scheduled in this matter are cancelled.

**SO ORDERED.**

**Date:  September 20, 2017**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**